NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAURUS IP, LLC (NOW KNOWN AS MANUFACTURING SYSTEM TECHNOLOGIES, LLC),**
*Plaintiff/Third Party Defendant-Appellant,*

**AND**

**ORION IP, LLC (NOW KNOWN AS CLEAR WITH COMPUTERS LLC) AND ERICH SPANGENBERG,**
*Third Party Defendant-Appellants,*

**v.**

**DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, AND DAIMLERCHRYSLER COMPANY, LLC,**
*Defendants,*

**AND**

**CHRYSLER HOLDING, LLC,**
*Defendant,*

**AND**

**MERCEDES-BENZ USA, INC., AND CHRYSLER GROUP LLC,**
*Defendants/Third Party Plaintiffs-Cross Appellants.*

2008-1462,-1463, -1464, 1465

Appeals from the United States District Court for the
Western District of Wisconsin in case no. 07-CV-158,
Chief Judge Barbara B. Crabb.

**TAURUS IP, LLC (NOW KNOWN AS
MANUFACTURING SYSTEM TECHNOLOGIES,
LLC),**
*Plaintiff-Appellant,*

v.

**HYUNDAI MOTOR AMERICA,**
*Defendant-Cross Appellant,*

AND

**REEBOK INTERNATIONAL, LTD.,**
*Defendant,*

AND

**POLO RALPH LAUREN CORP.,**
*Defendant,*

AND

**MICHELIN NORTH AMERICA, INC.,**
*Defendant.*

2008-1474, -1477

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Chief Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Taurus IP, LLC moves without opposition to dismiss its appeal as to DaimlerChrysler Corporation, Chrysler Financial, LLC, Daimler Chrysler Company, LLC, and Chrysler Holding, LLC. Taurus also moves without opposition to substitute Chrysler Group LLC for Old Carco Liquidation Trust, lift the stay of proceedings, and set a briefing schedule.

Because this court does not dismiss a portion of a pending appeal the court will instead revise the official caption to indicate that DaimlerChrysler et al. are not appellees. The court also deems it the better course for Taurus to re-file its initial brief removing the arguments relating to the summary judgment of non-infringement in favor of Old Carco.

Accordingly,

IT IS ORDERED THAT:

(1) The motions are granted to the extent that the motion for substitution, the motion to lift the stay of proceedings, and the motion to set the briefing schedule are granted.

(2) Taurus is directed to file a corrected initial brief within 14 days from the date of filing of this order. Taurus' and Orion-Spangenberg's response/reply briefs are due within 35 days from the date of filing of this order. Chrysler Group LLC and Mercedes-Benz USA, Inc.'s reply briefs are due within 35 days of service of the re-

sponse/reply briefs. Hyundai Motor America's reply brief is due within 35 days from the date of service of Taurus's response/reply brief.

(3) The revised official caption is reflected above.

FOR THE COURT

AUG 0 6 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mitchell G. Stockwell, Esq.
    Michael Edwin Jones, Esq.
    Elizabeth A. Wiley, Esq.
    Jon E. Wright, Esq.
    Gene C. Schaerr, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 0 6 2012

JAN HORBALY
CLERK